UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:06CR31-RLV

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **ORDER OF DISMISSAL** |
| ) | |
| **ANTHONY ALLEN BOOE,** ) | |
| **Defendant.** ) | |
| _____ ) | |

This matter is before the Court upon the motion of the Government, filed September 12, 2008. (Document #19) For the reasons stated in the Government's motion, leave of Court is hereby granted for the dismissal of the Bill of Indictment *with prejudice*.

Signed: September 12, 2008

Richard L. Voorhees
United States District Judge